JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT – SOUTHERN DIVISION

FELICIA CONNORS and HALEY RICE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

POMPA PROGRAM, LLC; and DOES 1 THROUGH 50, inclusive,

    Defendants.

Case No.: 8:25-CV-1493-ADS

**ORDER GRANTING STIPULATION TO DISMISS CAUSE OF ACTION FOR CLAIMS UNDER FAIR LABOR STANDARDS ACT AND REMAND THE ACTION**

Dept:    Courtroom 6B
Judge:   Hon. Autumn D. Spaeth

Complaint Filed: April 16, 2025
FAC Filed: June 6, 2025
Removal Date: July 9, 2025
Trial Date: None set

GRAHAMHOLLIS, APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

After consideration of the foregoing Stipulation and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' cause of action for claims under Fair Labor Standards Act are dismissed without prejudice;
2. The action is remanded to the Superior Court for the State of California, County of Orange; and
3. Defendant may have 30 days from service of the Second Amended Complaint to file a responsive pleading in the Superior Court for the State of California;

**IT IS SO ORDERED**.

Dated: July 28, 2025

                                                 /s/ Autumn D. Spaeth
Hon. Autumn D. Spaeth
United States District Court
Central District of California